**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

**FILED**

DEC -1 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.
Adrian Luis Fernandez

Defendant

Case No. SA:23-CR-00598-FB(3)

U.S. RE

NOV 16 2023

SAN ANTONIO, TX
ENFORCEMENT SECTION

U.S. MARSHALS
RECEIVED
NOV 16 2023
SAN ANTONIO, TX
ENFORCEMENT SECTION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **Adrian Luis Fernandez**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 18 U.S.C. § 933 - Conspiracy to Traffic Firearms
COUNT 5: 26 U.S.C. § 5861(d) - Possession of Unregistered Firearm
COUNT 6: 18 U.S.C. § 922(o) - Possession of a Machinegun
COUNT 7: 18 U.S.C. § 922(j) - Possession of Stolen Firearms

Date: 11/15/2023

*Rose Rodriguez*
Issuing officer's signature

City and state: San Antonio, Texas

Rose Rodriguez, Deputy Clerk
Printed name and title

### Return

This warrant was received on (date) 11.16.23, and the person was arrested on (date) 11.21.23
at (city and state) San Antonio, TX by ATF.

Date: _____

*Gerardo Arizu*
Arresting officer's signature

Gerardo Arizu, DUSM
Printed name and title